UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

J. PEDRO REINHARD,

                          Plaintiff,    :  07 cv 3641

        - against -             :  **AFFIDAVIT OF SERVICE**

THE DOW CHEMICAL COMPANY and
ANDREW N. LIVERIS,

                        Defendants.

------------------------------------------------------------X

STATE OF NEW YORK    )
                                ) SS.:
COUNTY OF NEW YORK   )

        I, Brandon Gregory, being duly sworn say:

        1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

        2. On May 9, 2007, I served a true copy of **Civil Cover Sheet, Summons in a Civil Case, and a Complaint with Exhibits A-C, Procedures for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, and Individual Rules for Judge Patterson,** dated May 8, 2007, in the above-captioned matter upon:

                      The Dow Chemical Company
                      c/o CT Corporation
                      111 8th Avenue
                      New York, New York 10011

                                                  _____
                                                  Brandon Gregory

Sworn to before me this
21st day of May, 2007

_____
Notary Public

MICHAEL IVANCIU
NOTARY PUBLIC, State of New York
No. 01IV6153269
Qualified in Queens County
Commission Expires October 2, 2010

KL4 2171748.1