David M. Bernick, P.C.
Peter D. Doyle (PD 1735)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. PEDRO REINHARD,<br><br>               Plaintiff,<br><br>- against -<br><br>THE DOW CHEMICAL COMPANY and ANDREW N. LIVERIS,<br><br>               Defendants. | Case No.:   07-CV-3641 (RPP)<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

**DISCLOSURE STATEMENT OF DEFENDANT THE DOW CHEMICAL COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Dow Chemical Company (a nongovernmental corporate party) makes the following disclosure statement:

**I.    PARENT CORPORATIONS:**

The Dow Chemical Company has no parent corporation.

**II.   PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK:**

As of May 29, 2007, there is no publicly held company that owns 10% or more of The Dow Chemical Company's stock.

Dated: May 29, 2007

                                                                s/
David M. Bernick, P.C.
Peter D. Doyle (PD 1735)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Attorneys for Defendant
THE DOW CHEMICAL COMPANY