David M. Bernick, P.C.
Peter D. Doyle (PD 1735)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. PEDRO REINHARD,<br><br>Plaintiff,<br><br>- against -<br><br>THE DOW CHEMICAL COMPANY and ANDREW N. LIVERIS,<br><br>Defendants. | Case No.:    07-CV-3641 (RPP)<br><br>ECF Case<br><br>**NOTICE OF MOTION OF DEFENDANT THE DOW CHEMICAL COMPANY TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)** |

PLEASE TAKE NOTICE that, upon the attached Affidavit of Duncan A. Stuart, sworn to on May 29, 2007, and the accompanying memorandum in support, the undersigned will move before the Honorable Robert P. Patterson, Jr., Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order to transfer this action to the Eastern District of Michigan, Northern Division, pursuant to 28 U.S.C. § 1404(a).

Dated:  May 29, 2007

_____s/_____
David M. Bernick, P.C.
Peter D. Doyle (PD 1735)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Defendant
THE DOW CHEMICAL COMPANY