Peter D. Doyle (PD 1735)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. PEDRO REINHARD,<br><br>                        Plaintiff,<br><br>   - against -<br><br>THE DOW CHEMICAL COMPANY and<br>ANDREW N. LIVERIS,<br><br>                      Defendants. | Case No.:     07-CV-3641 (RPP)<br><br>ECF Case<br><br>**APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant Andrew N. Liveris.

I certify that I am admitted to practice in this court.


Dated:  May 31, 2007                        _____s/_____
                                            Peter D. Doyle (PD 1735)
                                            KIRKLAND & ELLIS LLP
                                            Citigroup Center
                                            153 East 53rd Street
                                            New York, New York  10022-4611
                                            Telephone:     (212) 446-4800
                                            Facsimile:     (212) 446-4900
                                            Attorneys for Defendants
                                            THE DOW CHEMICAL COMPANY and
                                            ANDREW N. LIVERIS