David M. Bernick, P.C.
Peter D. Doyle (PD 1735)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. PEDRO REINHARD,<br><br>    Plaintiff,<br><br>- against -<br><br>THE DOW CHEMICAL COMPANY and ANDREW N. LIVERIS,<br><br>    Defendants. | Case No.:    07 CV 3641 (RPP)<br><br>ECF Case<br><br>**NOTICE OF MOTION** |

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum in support of Andrew L. Liveris's Motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(3), to Transfer Pursuant to 1228 U.S.C. § 1406(a), or, in the alternative, to join the Dow Chemical Company's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), the undersigned will move before the Honorable Robert P. Patterson, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order to dismiss the complaint, pursuant to Federal Rule of Civil Procedure 12(b)(3), to transfer the case pursuant to 28 U.S.C. 1406(a), or, in the alternative, to join the Dow Chemical Company's motion to transfer pursuant to 28 U.S.C. § 1404(a).

-2-

Dated: June 19, 2007

           s/
David M. Bernick, P.C.
Peter D. Doyle (PD 1735)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Defendants

x

 

Dated: June 19, 2007

    s/
David M. Bernick, P.C.
Peter D. Doyle (PD 1735)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Defendants