UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

J. PEDRO REINHARD

                      Plaintiff,                          07 Civ. 3641 (RPP)

- against -

THE DOW CHEMICAL COMPANY and                **AFFIDAVIT OF SERVICE**
ANDREW N. LIVERIS

                      Defendants.

--------------------------------------------------------------- X

STATE OF NEW YORK      )
                                ) SS.:
COUNTY OF NEW YORK  )

        I, Paul Colbourne, being duly sworn say:

        1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036.

        2. On May 29, 2007, I served by hand a copy of a **SUMMONS AND COMPLAINT,** dated May 8, 2007, upon:

                              Andrew N. Liveris
                          The Dow Chemical Company

        3. I left the above mentioned documents with Andrew N. Liveris at The Four Seasons Hotel, on May 29, 2007 at approximately 10:30 pm. At that time, I saw Mr. Liveris enter the hotel with two bags of luggage. I called out his name and, as he turned towards me, explained that I had legal documents for him. Mr. Liveris attempted to avoid recognition by denying that he was Andrew Liveris of Dow Chemical, and claiming instead to be an employee of DuPont. As he walked away from me, I followed Mr. Liveris to the reception desk and left the papers directly in front of him on the desk. I would describe him as a Caucasian male with black hair with a mustache, standing approximately 5'9" to 6'0", weighing 161 to 200 pounds, and approximately 51 to 65 years of age.

                                                                   Paul Colbourne

Sworn to before me this
18th day of June, 2007

_____
Notary Public    DANIEL J. WITYK
                 NOTARY PUBLIC, State of New York
                 No 01WI6158747
                 Qualified in Queens County
KL4 2190711.1    Commission Expires Jan 8, 20 11