UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

J. PEDRO REINHARD

                Plaintiff,

        - against -

THE DOW CHEMICAL COMPANY and
ANDREW N. LIVERIS

                Defendants.

07 Civ. 3641 (RPP)

**AFFIDAVIT OF SERVICE**

------------------------------------------------------------- X

STATE OF NEW YORK    )
                               ) SS.:
COUNTY OF NEW YORK )

       I, Paul Colbourne, being duly sworn say:

       1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036.

       2. On May 30, 2007, I served by hand a copy of a **SUMMONS AND COMPLAINT**, dated May 8, 2007, upon:

                Andrew N. Liveris
             The Dow Chemical Company

       3. I left the above mentioned documents with Andrew N. Liveris on May 30, 2007 at approximately 8:45 am, at the Waldorf Astoria Hotel, where Mr. Liveris was scheduled to give a 9:00 am speech at the Sanford Bernstein Strategic Decisions Conference. Because Mr. Liveris had contested service and claimed to be a DuPont employee when I served him the previous evening, I chose to serve him again at the Waldorf. As he entered the hotel, I recognized Mr. Liveris as the same person on whom I had served documents the prior evening, and called out his name. Upon seeing me, Mr. Liveris immediately turned and went into an adjacent conference room. When he returned from that room soon thereafter, I told Mr. Liveris that he was being served and handed the documents to him. I would describe Mr. Liveris as a Caucasian male with black hair with a mustache, standing approximately 5'9" to 6'0", weighing 161 to 200 pounds, and approximately 51 to 65 years of age.

                                                  Paul Colbourne

Sworn to before me this
18th day of June, 2007

_____
Notary Public

DANIEL J WITYK
NOTARY PUBLIC, State of New York
No 01WI6158747
Qualified in Queens County
Commission Expires Jan 8, 20 11

KL4 2190713.1