# EXHIBIT F

| Court | Docket Number | Description | Participant | Filed | Date Retrieved | Active or Closed | Identification |
|---|---|---|---|---|---|---|---|
| U.S. District - New York Western | 1:00cv1040 | Harms v. the Dow Chemical Co, et al | The Dow Chemical Company | 12/19/2000 | 09/29/2003 | Closed | NOS: (365) Product Liability; Cause: Diversity-Product Liability |
| U.S. District - New York Eastern | 1:00cv2136 | Kimble v. EI Du Pont and Co, et al | Dow Chemical Company | 04/13/2000 | 09/29/2003 | Closed | NOS: (365) Product Liability; Cause: Diversity-Personal Injury |
| U.S. District - New York Eastern | 1:00cv812 | Smith, et al v. Dow Chemical Company | Dow Chemical Company | 02/09/2000 | 09/29/2003 | Closed | NOS: (365) Product Liability; Cause: Diversity-Personal Injury |
| U.S. District - New York Southern | 1:01cv1048 | CP Associates, et al v. M/V "Oocl America", et al | The Dow Chemical Company | 02/09/2001 | 05/08/2003 | Closed | NOS: (120) Marine; Cause: Admiralty |
| U.S. District - New York Western | 1:01cv309 | Buchalski v. Dow Chemical Company, et al | The Dow Chemical Company | 04/27/2001 | 05/15/2001 | Closed | NOS: (365) Product Liability; Cause: Diversity-Product Liability |
| U.S. District - New York Southern | 1:01cv4307 | Williams, et al v. Dow Chemical Company, et al | The Dow Chemical Company | 05/21/2001 | 05/24/2006 | Closed | NOS: (360) Personal Injury; Cause: Diversity-(Citizenship) |
| U.S. District - New York Southern | 1:01cv668 | State of New York, et al v. Boehringer Corp, et al | The Dow Chemical Company | 01/26/2001 | 11/17/2003 | Active | NOS: (893) Environmental; Cause: Fed. Question: Other |
| U.S. District - New York Eastern | 1:03cv1430 | Garncarz v. Dow Chemical Company et al | Dow Chemical Company | 03/24/2003 | 03/27/2003 | Active | NOS: (365) Product Liability; Cause: Petition for Removal-Personal Injury |
| U.S. District - New York Eastern | 1:03cv2935 | Skinner v. Dow Chemical Company et al | Dow Chemical Company | 06/09/2003 | 12/30/2006 | Closed | NOS: (890) Other Statutory Actions; Cause: Fed. Question |
| U.S. District - New York Eastern | 1:03cv4010 | Nelson v. Dow Chemical Co | Dow Chemical Company | 08/14/2003 | 04/20/2004 | Closed | NOS: (365) Product Liability; Cause: Diversity-Product Liability |
| U.S. District - New York Southern | 1:03cv5005 | Precision Associate v. Crompton Corporation, et al | Dow Chemical Company | 07/03/2003 | 09/08/2005 | Closed | NOS: (410) Antitrust; Cause: Sherman-Clayton Act |
| U.S. District - New York Eastern | 1:03cv5227 | Anderson v. Dow Chemical Co | Dow Chemical Company | 10/17/2003 | 02/01/2006 | Closed | NOS: (365) Product Liability; Cause: Fed. Question |
| U.S. District - New York Eastern | 1:03cv5967 | Breaux v. Dow Chemical Co | Dow Chemical Company | 11/25/2003 | 04/20/2004 | Closed | NOS: (365) Product Liability; Cause: Fed. Question |
| U.S. District - New York | 1:04cv1295 | In Re: Trace International | Dow Chemical Company | 02/18/2004 | 05/23/2007 | Closed | NOS: (422) Appeal 28 USC 158; Cause: |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Southern | | Holdings, Inc et al | | | | | Notice of Appeal re Bankruptcy Matter (BA |
| U.S. District - New York Eastern | 1:04cv1334 | Saraceno v. Dow Chemical Co, | Dow Chemical Company | 03/31/2004 | 10/12/2006 | Closed | NOS: (365) Product Liability; Cause: Fed. Question |
| U.S. District - New York Eastern | 1:04cv1837 | Smith v. Dow Chemical Co | Dow Chemical Company | 04/24/2004 | 07/20/2004 | Closed | NOS: (365) Product Liability; Cause: Fed. Question |
| U.S. District - New York Eastern | 1:04cv400 | Vietnam Association for Victims of Agent Orange/Dioxin et al v. Dow Chemical Company et al | Dow Chemical Company | 01/30/2004 | 07/06/2007 | Closed | NOS: (440) Other Civil Rights; Cause: Fed. Question: Tort Action |
| U.S. District - New York Southern | 1:04cv4309 | American Steamship Owners Mutual Protection and Indemnity Association, Inc v. Alcoa Steamship Co, In | The Dow Chemical Company | 06/07/2004 | 12/31/2006 | Active | NOS: (120) Marine; Cause: Admiralty |
| U.S. District - New York Southern | 1:04cv5140 | New Hampshire Insurance Company et al v. Stolt Spirit, Inc Et A | The Dow Chemical Company | 06/29/2004 | 05/25/2007 | Closed | NOS: (120) Marine; Cause: Fed. Question: Insurance Contract |
| U.S. District - New York Southern | 1:04cv5555 | Matli et al v. Strategic Minerals Corporation et al | The Dow Chemical Company and its/Their Subsidiary in South Africa Known and/or Operating as the Dow Chemical Company of South Africa | 07/16/2004 | 12/31/2006 | Closed | NOS: (365) Product Liability; Cause: Notice of Removal |
| U.S. District - New York Northern | 1:04cv81 | Pactiv Corporation v. Dow Chemical Company | Dow Chemical Company | 01/23/2004 | 12/24/2006 | Closed | NOS: (830) Patent; Cause: Patent Infringement |
| U.S. District - New York Western | 1:04cv87 | Saraceno et al v. Dow Chemical Company et al | Dow Chemical Company | 02/09/2004 | 10/12/2006 | Closed | NOS: (365) Product Liability; Cause: Petition for Removal- Product Liability |
| U.S. District - New York Eastern | 1:05cv2402 | McGuire v. Dow Chemical Co | Dow Chemical Co the Dow Chemical Company; A Corporation | 05/02/2005 | 06/05/2007 | Active | NOS: (365) Product Liability; Cause: Fed. Question: Personal Injury |
| U.S. District - New York | 1:06cv3014 | Goldsby et al v. the Dow | The Dow Chemical | 06/16/2006 | 06/12/2007 | Active | NOS: (365) Product Liability; Cause: |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Eastern | | Chemical Company et al | Company | | | | Diversity-Personal Injury |
| U.S. District - New York Southern | 1:06cv7152 | Ineos Americas LLC et al v. the Dow Chemical Company | The Dow Chemical Company | 09/18/2006 | 07/02/2007 | Active | NOS: (190) Other Contract; Cause: Diversity-Breach of Contract |
| U.S. District - New York Southern | 1:07cv3641 | Reinhard v. the Dow Chemical Company et al | The Dow Chemical Company | 05/08/2007 | 07/06/2007 | Active | NOS: (190) Other Contract; Cause: Diversity-Breach of Contract |
| U.S. District - New York Southern | 1:07cv4557 | Kreinberg v. the Dow Chemical Company et al | The Dow Chemical Company | 05/30/2007 | 06/01/2007 | Active | NOS: (320) Assault, Libel & Slander; Cause: Petition for Removal Libel,Assault,Slander |
| U.S. District - New York Eastern | 1:97cv5580 | Mondejar v. Dow Chemical Com, et al | Dow Chemical Company, HC | 09/25/1997 | 11/19/1998 | Closed | NOS: (365) Product Liability; Cause: Diversity-Personal Injury |
| U.S. District - New York Eastern | 1:97cv7285 | DMJ Associates, LL v. Capasso, et al | Praxair, Inc F/K/A Union Carbide Corporation/the Dow Chemical Company Cross | 12/10/1997 | 03/13/2007 | Active | NOS: (893) Environmental; Cause: Environmental Matters |
| U.S. District - New York Southern | 1:97cv8363 | Parker, et al v. the Dow Chemical Co | The Dow Chemical Company | 11/10/1997 | 12/02/2003 | Closed | NOS: (365) Product Liability; Cause: Diversity-Personal Injury |
| U.S. District - New York Western | 1:97mc53 | Sumitomo Chemical, et al v. the Dow Chemical Co | The Dow Chemical Company | 11/03/1997 | 11/16/1998 | Active | NOS: (890) Other Statutory Actions; Cause: Motion to Compel |
| U.S. District - New York Western | 1:98cv266 | Normile, et al v. Dow Chemical Company, et al | The Dow Chemical Company | 04/20/1998 | 04/24/1998 | Closed | NOS: (365) Product Liability; Cause: Diversity-Product Liability |
| U.S. District - New York Eastern | 1:98cv2679 | Bernstein v. Merrell Dow Pharm, et al | Dow Chemical Company | 04/09/1998 | 04/10/1998 | Closed | NOS: (365) Product Liability; Cause: Petition for Removal- Personal Injury |
| U.S. District - New York Southern | 1:98cv3855 | Kaufman, et al v. Dow Chemical Corp | The Dow Chemical Corporation, Inc AKA the Dow Chemical Company | 06/01/1998 | 12/02/2003 | Closed | NOS: (365) Product Liability; Cause: Diversity-Product Liability |
| U.S. District - New York Southern | 1:98cv7955 | Scarano v. American Heyer, et al | The Dow Chemical Company | 11/04/1998 | 01/14/1999 | Closed | NOS: (365) Product Liability; Cause: Notice of Removal |
| U.S. District - New York Northern | 5:01cv1844 | Pino v. AC and S, Inc, et al | Dow Chemical Company | 12/05/2001 | 05/04/2004 | Closed | NOS: (368) Asbestos; Cause: Petition for Removal- Asbestos Litigation |
| U.S. District - New York Northern | 5:03cv380 | Dow Chemical Company v. Benbow | The Dow Chemical Company, A | 03/28/2003 | 06/09/2003 | Closed | NOS: (190) Other Contract; Cause: Diversity-Contract |

| | | Chemical Pack | Corporation of the State of Delaware | | | | Dispute |
|---|---|---|---|---|---|---|---|
| U.S. District - New York Northern | 5:98cv112 | USA v. Agway, Inc, et al | Dow Chemical Company | 01/22/1998 | 04/05/2001 | Closed | NOS: (893) Environmental; Cause: Real Property Tort to Land |
| U.S. District - New York Western | 6:02cv6471 | The Dow Chemical Co v. Kleen Brite Labs | The Dow Chemical Company, A Corporation of the State of Michigan | 09/13/2002 | 09/18/2002 | Closed | NOS: (190) Other Contract; Cause: Diversity-Breach of Contract |
| U.S. District - New York Western | 6:03cv6462 | Gallagher v. Dow Chemcial Comp, et al | Dow Chemical Company | 09/18/2003 | 05/19/2007 | Closed | NOS: (365) Product Liability; Cause: Diversity-Personal Injury |
| U.S. District - New York Southern | 7:03cv2039 | Hampshire Chemical v. Westwood Chemical Co | Hampshire Chemical Corporation, A Subsidiary of the Dow Chemical Company, A Corporation of the State of Delaware | 03/24/2003 | 03/27/2003 | Closed | NOS: (190) Other Contract; Cause: Diversity-Contract Dispute |
| NY County Clerk Records - New York | 112622/1997 | Bloshinsky Shelley H Vs. Aesthetech Corporation | Dow Chemical Company | 07/11/1997 | 04/01/2002 | Active | NOS: (61)BREAST IMPLANT |
| NY County Clerk Records - New York | 605230/1997 | Dow Chemical Company Vs. Althin Medial Inc | Dow Chemical Company | 10/14/1997 | 04/01/2002 | Active | NOS: (66)ARTICLE 75 (ARBITRATION) |
| NY County Clerk Records - New York | 403427/1998 | Krucko Carol Vs. Dow Corning Corp | Dow Chemical Company | 09/22/1998 | 04/01/2002 | Active | NOS: (61)BREAST IMPLANT |
| NY County Clerk Records - New York | 109605/2004 | Matle Khanya Inf Vs. Strategic Minerals Corp | Dow Chemical Company | 06/30/2004 | 07/07/2004 | Active | NOS: (62)PRODUCT LIABILITY |
| NY County Clerk Records - New York | 602008/2004 | 110 116 Terrace View Ave Inc Vs. Bayer AG | Dow Chemical Company | 06/28/2004 | 05/13/2005 | Active | NOS: (65)OTHER COMMERCIAL |
| NY County Clerk Records - New York | 116058/2005 | Cavounis John Vs. Amchem Products Inc | Dow Chemical Company | 11/17/2005 | 02/21/2006 | Active | NOS: (15)OTHER |
| NY County Clerk Records - New York | 601540/2007 | Kreinberg Romeo Vs. Dow Chemical Company | Dow Chemical Company | 05/08/2007 | 05/09/2007 | Active | NOS: (65)OTHER COMMERCIAL |
| NY Supreme - New York | 0105462/1996 | Finkelstein, Carol Vs. Baxter Healthcare | Chemical Company, Dow | 12/02/1997 | 04/01/2002 | Disposed | NOS: (29)BREAST IMPLANT |

| | | Corporation | | | | | |
|---|---|---|---|---|---|---|---|
| NY Supreme - New York | 0605230/1997 | Dow Chemical Company Vs. Althin Medical, Inc. | Dow Chemical Company | 10/14/1997 | 04/01/2002 | Disposed | NOS: (185)OTHER |
| NY Supreme - Westchester | 0000146/1998 | Daley, Kelly Vs. Ekc Technology | Chemical Company, Dow | 06/03/2002 | 05/07/2003 | Active | NOS: (204)OTHER TORT |
| NY Supreme - Nassau | 0007918/2001 | Williams, John Vs. Dow Chemical Company | Dow Chemical Company | 07/20/2001 | 04/01/2002 | Disposed | NOS: (168)MOTOR VEHICLE |
| NY Supreme - New York | 0109605/2004 | Matle, Khanya Vs. Strategic Minerals | Chemical Company, Dow | 06/30/2004 | 08/31/2004 | Disposed | NOS: (221) PRODUCT LIABILITY |
| NY Supreme - New York | 0109607/2004 | Nemalalae, M.W. Vs. Dow Chemical Company | Dow Chemical Company | 06/30/2004 | 10/06/2006 | Disposed | NOS: (221) PRODUCT LIABILITY |
| NY Supreme - Monroe | 0010884/2005 | William Hall And Peggy A. Hall Vs. General Electric Company; Monsanto Compa | Chemical Company, Dow | 12/01/2005 | 12/20/2006 | Disposed | NOS: (18) ASBESTOS |
| NY Supreme - Nassau | 0019128/2005 | Cohen, Allen Vs. Dow Chemical Company | Dow Chemical Company | 06/26/2006 | 02/14/2007 | Disposed | NOS: (208)OTHER TORTS NEGLIGENCE |
| NY Supreme - Suffolk | 0002516/2006 | Schorr, Paul, Vs. American Wire Group, | Chemical Company, Dow | 04/12/2006 | 01/24/2007 | Disposed | NOS: (204)OTHER TORT |
| NY Supreme - Queens | 0007909/2006 | Torres, Ronald R. Ano Vs. P&G-Clairol, Inc. Etal | Chemical Company, Dow | 06/01/2006 | 01/02/2007 | Stayed | NOS: (223) PRODUCTS LIABILITY |

**Search Title**  Untitled Search 7/6/2007 (1)
**Client Matter Code**  061188/00002

Common
**Litigants**        Dow Chemical Company

**Start Date**       7/1/1997

**End Date**         7/6/2007

U.S. District Courts (Criminal)
**Courts**           United States District Courts (Criminal) - New York Eastern
United States District Courts (Criminal) - New York Northern

United States District Courts (Criminal) - New York Southern
United States District Courts (Criminal) - New York Western

**Case Types**    ALL, Criminal

## U.S. District Courts (Civil)

**Courts**    United States District Courts (Civil) - New York Eastern
United States District Courts (Civil) - New York Northern
United States District Courts (Civil) - New York Southern
United States District Courts (Civil) - New York Western

**Case Types**    ALL, Civil

## New York County Clerk

**Courts**    New York County Clerk Records - New York

**Case Types**    ALL, Clerk Records

## New York Judgments & Liens

**Courts**    New York Judgments and Liens - Bronx
New York Judgments and Liens - Kings
New York Judgments and Liens - New York
New York Judgments and Liens - Queens
New York Judgments and Liens - Richmond

**Case Types**    ALL, Judgments & Liens

## New York State Supreme Courts

**Courts**    ALL

**Case Types**    ALL, Civil