# EXHIBIT I

> This is G o o g l e's cache of http://www.ourmidland.com/site/news.cfm?newsid=18457937&BRD=2289&PAG=461&dept_id=472542&rfi=6 as retrieved on Jun 24, 2007 00:06:37 GMT.
> G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
> The page may have changed since that time. Click here for the current page without highlighting.
> This cached page may reference images which are no longer available. Click here for the cached text only.
> To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:CmdBKL_fgrQJ:www.ourmidland.com/site/news.cfm%3Fnewsid%3D18457937%26BRD%3D2289%26PAG%3D461%26dept_id%3D472542%26rfi%3D6+%2Breinhard%2Bkreinberg%2Bhuntley%2Bfees&hl=en&ct=clnk&cd=2&gl=us
>
> Google is neither affiliated with the authors of this page nor responsible for its content.
>
> These search terms have been highlighted: **reinhard kreinberg huntley fees**



Clear 78°
5 Day Forecast

OurMidland Websites:   NEWS | BLOGS | FORUMS | VERGE | YELLOW PAGES

**MAIN SECTION**
- Local News
- Police And Courts
- Editorial Page
- Accent Features
- Local Sports
- Great Lakes Loons
- Online Exclusives
- Kyle Smith

**MULTIMEDIA**
- MultiMedia Homepage
- Soundslides
- Week In Pictures
- Pictopia Galleries
- Great Lakes Loons
- Spring Sports 2007

**WEB FEATURES**
- Classifieds
- Obituaries
- OurMidland Blogs
- OurMidland Forums
- Community Calendar
- Community Websites
- Pets Of The Week
- Special Sections
- Featured Businesses
- YP Engine

**ONLINE SERVICES**
- Announcement Forms
- Staff Directory
- Submit A Classified
- Subscribe!

Section Sponsored By

## Dow: latest in lawsuits a non-issue

By Tony Lascari
06/11/2007

☑ Email to a friend   ☐ Post a Comment   🖨 Printer-friendly

Advertisement

A spokesman for The Dow Chemical Co. said the most recent lawsuit filed by two former executives as part of an ongoing legal battle over their firings is unnecessary.

Former Chief Financial Officer J. Pedro **Reinhard** and Romeo **Kreinberg**, a former divisional executive vice president, were fired April 12 after being accused of holding unauthorized talks to sell Dow.

The latest development occurred last week, when **Reinhard** and **Kreinberg** filed a lawsuit to require Dow to pay their legal **fees** related to other lawsuits.

Both sides are already suing each other in federal courts, hoping for multi-million dollar decisions. Dow is suing both executives for breach of fiduciary duty

| | |
|---|---|
| Circulation Services | and breach of contract. The former employees deny any wrongdoing and are suing Dow for damages resulting from their termination. |
| Find A Newsstand | |
| News Archives | The U.S. Securities and Exchange Commission also is conducting an inquiry related to allegations involved in the firings. |
| RSS Feeds | |
| Coupon Sales | Dow spokesman Chris **Huntley** said the payment of legal **fees** is a requirement in Delaware, where the lawsuit was filed, and the company was already working successfully to determine the terms and conditions of the payments. |
| Update Your Coupon | |
| Newspapers In Education | |
| **FUN AND GAMES** | |
| Fun And Games | "We knew that we would be required to pay their **fees**. What we have to do is determine the terms and conditions under which these would be paid, and that's what we were doing," **Huntley** said. "This is unnecessary. We were successfully working through the terms and conditions." |
| Horoscopes | |
| Crosswords | |
| Classic Games | |
| **AP WIRE HEADLINES** | **Huntley** said the end result will be the same, with or without a lawsuit for payments. |
| AP US Headlines | |
| AP Weather | "It's really not an issue," he said. "We'll get the money back when we win." |
| AP Strange | A statement was not immediately available from a firm representing **Reinhard**. |
| AP MidEast | |
| AP Europe | |
| AP Politics | |
| AP Finance & Business | ©Midland Daily News 2007 |
| AP Entertainment | |
| AP Health & Science | |
| AP Basketball | ☑ Email to a friend   📄 Post a Comment   🖨 Printer-friendly   ↑ Top |
| AP Hockey | |
| AP Golf |  |
| AP Baseball | GOWER  Jason P. Gower |
| | LAW PLC  Criminal Defense Lawyer |



Copyright © 1995 - 2007 Townnews.com All Rights Reserved.