# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

John P. Del Monaco
To Call Writer Directly
(212) 446-4795
jdelmonaco@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile
(212) 446-4900
Dir Fax: (212) 446-4900


RECEIVED JUL 25 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

July 25, 2007

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07**

<u>VIA FACSIMILE</u>

The Honorable Robert P. Patterson, Jr.
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Reinhard v. The Dow Chemical Company*, No. 07 CV 3641

Dear Judge Patterson:

    Counsel in the above-referenced action have conferred regarding the suggested times for the hearing on defendant Dow's motion to transfer and defendant Liveris' motion to transfer or dismiss. All parties are available for a hearing on August 2, 2007 at 11:00 a.m.

                                      Respectfully submitted,

                                      John P. Del Monaco

                                      One of the Attorneys for
                                      The Dow Chemical Company and
                                      Andrew N. Liveris

**MEMO ENDORSED**

cc:     Gary P. Naftalis, Esq.
          Jonathan Wagner, Esq.
          David Bernick, Esq.
          Peter Doyle, Esq.

So ordered
Robert P. Patterson
U.S.D.J.
7/25/07

Chicago     Hong Kong     London     Los Angeles     Munich     San Francisco     Washington, D.C.